# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK DERMESROPIAN, D.D.S. ) | |
| ) | |
| Plaintiff, ) | Civ. No. 3:09-cv-30087 |
| v. ) | |
| ) | Magistrate Judge Kenneth P. Neiman |
| DENTAL DREAMS, LLC; SAMEERA ) | |
| HUSSAIN; FIELD OF DREAMS ) | |
| DENTAL MANAGEMENT, LLC; ) | |
| KHURRAM HUSSAIN; and ) | |
| PETER STATHAKIS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR ANSWERING OR OTHERWISE RESPONDING TO PLAINTIFF'S VERIFIED COMPLAINT

Plaintiff, Patrick Dermesropian ("Plaintiff"), and Defendants, Dental Dreams, LLC, Field of Dreams Dental Management, LLC, Sameera Hussain, Khurram Hussain, Peter Stathakis and David Wolle ("Defendants"), by and through their attorneys, hereby stipulate to briefly extend Defendants' deadline for answering or otherwise responding to Plaintiff's Verified Complaint until August 14, 2009. The parties request this extension to provide them with additional time to complete the meet and confer process regarding motion practice under Local Rule 7.1(a)(2) and do not seek to cause any unnecessary or undue delay.

Dated: August 10, 2009                                        Respectfully submitted,

PATRICK DERMESROPIAN                          DENTAL DREAMS, LLC; FIELD OF
                                                                              DREAMS DENTAL MANAGEMENT,
                                                                              LLC; SAMEERA HUSSAIN;
                                                                              KHURRAM HUSSAIN; PETER
                                                                              STATHAKIS and DAVID WOLLE

By:   /s/ Vano I. Haroutunian                              By:   /s/ Shannon M. Lynch
       One of His Attorneys                                          One of Their Attorneys

1

\9741043.1

Vano I. Haroutunian
Ballon Stoll Bader & Nadler
729 Seventh Avenue, 17th Floor
New York, New York 10019
(212) 575-7900 (phone)
vharoutunian@ballonstoll.com

Paul H. Rothschild (BBO #431100)
Bacon & Wilson, P.C.
33 State Street
Springfield, Massachusetts 01103
(413) 781-0560 (phone)
prothschild@bacon-wilson.com

*Attorneys for Plaintiff*

William E. Hannum, III  (BBO #643155)
Shannon M. Lynch (BBO #630943)
Schwartz Hannum PC
11 Chestnut Street
Andover, Massachusetts 01810
(978) 623-0900 (phone)
whannum@shpclaw.com
slynch@shpclaw.com

Michael R. Phillips*
Jeffrey C. Clark*
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
(312) 849-8100 (phone)
mphillips@mcguirewoods.com
jclark@mcguirewoods.com

*Attorneys for Defendants*

* *Pro hac vice* application pending

\9741043.1

**CERTIFICATE OF SERVICE**

I, Shannon M. Lynch, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 10th day of August, 2009:

Electronically Served Through ECF:

>Paul H. Rothschild, Esq.
>Bacon & Wilson, P.C.
>33 State Street
>Springfield, MA 01103
>prothschild@bacon-wilson.com
>
>Vano I. Haroutunian, Esq.
>Ballon Stoll Bader & Nadler, P.C.
>729 Seventh Avenue, 17th Floor
>New York, NY 10019
>vharoutunian@ballonstoll.com

>/s/  Shannon M. Lynch
>Shannon M. Lynch