UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
PATRICK DERMESROPIAN, D.D.S.,    )
        Plaintiff                )
                                 )
              v.                 )   C.A. NO. 09-30087-MAP
                                 )
DENTAL EXPERTS, LLC d/b/a        )
DENTAL DREAMS, ET AL.,           )
        Defendants               )
```

<u>MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTION TO DISMISS</u>
(Dkt. Nos. 26 & 33)

June 11, 2010

PONSOR, D.J.

This is an action in ten counts by a Connecticut dentist against various corporate entities and individuals, charging that he was unlawfully terminated based upon his reporting legal and ethical violations.

Defendants filed a Motion to Dismiss directed at all ten counts, which was referred to Magistrate Judge Kenneth P. Neiman for report and recommendation.

On May 12, 2010, Judge Neiman issued his Report and Recommendation, to the effect that Counts VI, VII, IX and X should be dismissed, but the motion should be denied as to the remaining six counts. The conclusion of the Report and Recommendation admonished the parties at n.3 that any objection to the Report and Recommendation would need to be

filed within fourteen days.  No objection has been filed.

Based on the merits of the Report and Recommendation and the absence of any objections, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 33).  The court hereby ALLOWS Defendant's Motion to Dismiss (Dkt. No. 26) with regard to Counts VI, VII, IX, and X, and otherwise DENIES the motion.

This case is hereby referred to Judge Neiman for a pretrial scheduling conference.

It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      U. S. District Judge